IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES ADAM ST. AMAND**                                                                               **PLAINTIFF**

v.             No. 4:06CV48-P-B

**BESSIE SCOTT, ET AL., ET AL.**                                                     **DEFENDANTS**

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated August 17, 2006, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 17, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the plaintiff's claims against Dr. Marom and the Mississippi Department of Corrections are hereby **DISMISSED**.

3. That the plaintiff's claims against Corrections Officer Bessie Scott shall proceed.

THIS, the 3rd day of October, 2006.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE