### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION


**CHARLES ADAM ST. AMAND**                                       **PLAINTIFF**

**V.**                                        **NO: 4:06CV48-WAP-EMB**

**BESSIE SCOTT**                                          **DEFENDANT**


### <u>ORDER</u>

**UPON FURTHER REVIEW** of the file and record of this action, defendant responds that she was unable to comply with this Court's Order [doc. 28] requiring her to make the subject surveillance video available for plaintiff's viewing because plaintiff has been transferred to another prison facility. *See* Defendant's Response [doc. 31]. Accordingly,

**IT IS, THEREFORE, ORDERED** that defendant shall make the subject surveillance video available at the May 15, 2007 evidentiary hearing scheduled in this matter, along with any and all equipment necessary for viewing at that time.

**THIS**, the 10th day of May, 2007.

                                        **/s/ Eugene M. Bogen**
                                        **U. S. MAGISTRATE JUDGE**